UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DANIEL DEMARY, ET AL.** | : | **CIVIL ACTION NO. 2:22-cv-0792** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **FREEDOM TRUCKS OF AMERICA, L.L.C., ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 29] of the Magistrate Judge previously filed herein, after an independent review of the record, considering that no objections thereto having been filed, and determining that the findings are correct and supported by the applicable law and the record in this matter,

**IT IS ORDERED** that the Motion to Remand [doc. 15] is hereby **DENIED,** and the non-diverse Defendants, FREEDOMTRUCKS OF AMERICA, LLC and J.W. NELSON TRANSPORTS, INC. are DISMISSED without prejudice.

**THUS DONE AND SIGNED** in Chambers on the 29th day of December, 2022.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE